

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00403-CV

**THE TEXAS BRANDON CORPORATION, INC.** and Ronald R. Wilson,
Appellants

v.

**EOG RESOURCES, INC.,** and Fred Levine,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

On June 11, 2019, in appeal number 04-19-00078-CV, this court issued a contempt judgment against Ms. Leticia Escamilla, the court reporter responsible for preparing the reporter's record in this appeal. The contempt judgment precludes Ms. Escamilla from working on any other matter until she files complete reporter's records in appeal numbers 04-18-00411-CV and 04-19-00078-CV. Based on filings to date, which is over two months since the date of the contempt judgment, Ms. Escamilla has four volumes of the reporter's record outstanding in appeal number 04-18-00411-CV, and five volumes of the reporter's record outstanding in appeal number 04-19-00078-CV.

The reporter's record was originally due to be filed in this appeal on July 15, 2019. The docketing statement shows the reporter's record was requested and payment arrangements were made on June 16, 2019. On July 15, 2019, Ms. Escamilla filed a notification of late record referring to the contempt judgment, estimating the length of the record to be fifty pages, and requesting an extension to August 14, 2019. By order dated July 17, 2019, this court granted the extension to August 14, 2019.

On August 14, 2019, Ms. Escamilla filed a second notification of late record again referring to the contempt judgment, estimating the length of the record to be between fifty and seventy-five pages, and requesting an extension to September 14, 2019. Based on this court's records, Ms. Escamilla is also responsible for preparing the reporter's records in the following appeals:

1. 04-19-00357-CR; *Idrogo v. State*
   The reporter's record was originally due to be filed on July 22, 2019. On July 30, 2019, Ms. Escamilla filed a notification of late record referring to the contempt judgment, estimating the length of the record to be 100 pages, and requesting an extension to August 23, 2019. The deadline was extended to August 23, 2019.

2. 04-19-543-CV; *Prado v. Lonestar Resources, Inc.*
   The reporter's record was originally due to be filed on August 12, 2019. The notice of appeal states the appeal is from a summary judgment. On August 14, 2019, Ms. Escamilla filed a notification of late record referring to the contempt judgment, stating she was unsure of the length of the record because another court reporter also took a record, but estimating the record to be approximately 250 pages.

3. 04-19-00534-CV; *EP Energy v. Storey Minerals, Ltd.*
   The reporter's record is due to be filed August 19, 2019. The docketing statement shows the appeal is of a summary judgment, and the reporter's record was requested and payment arrangements were made on July 19, 2019.

4. 04-19-00503-CV; *Chesapeake Expl., L.L.C. v. 7K Investments, Ltd.*
   The reporter's record is due to be filed on August 23, 2019. The docketing statement shows the appeal is of a judgment entered after a jury trial, and the reporter's record was requested and payment arrangements were made on July 19, 2019.

5. 04-19-00361-CR; *Bautista v. State*
   The reporter's record is due to be filed on September 20, 2019. The docketing statement shows the appeal is of a judgment revoking probation, the appellant is indigent, and the reporter's record was requested on June 27, 2019.

Ms. Escamilla's request for a second extension of time to file the reporter's record in this appeal is GRANTED. The reporter's record must be filed in this appeal no later than September 13, 2019.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Russell Wilson, Judge of the 218th Judicial District Court. Judge Wilson is requested to be mindful of the reporter's records that remain pending in the aforementioned appeals with some deadlines already extended when Ms. Escamilla files the complete reporter's record in appeal number 04-19-00078-CV and is no longer subject to the work ban imposed by this court's June 11, 2019 contempt judgment.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.



Keith E. Hottle,
Clerk of Court